UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **LUMBERMEN'S MUTUAL CASUALTY CO.,** <br>     **PLAINTIFF** | **CASE NO. C-1-02-091** <br> **(HOGAN, M.J.)** |
| **VS.** | |
| **THE VICTOR CORPORATION,** <br>     **DEFENDANT** | **ORDER** |

This matter is before the Court on plaintiff Lumbermen's Mutual Casualty Company's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) and to stay the 9/29/03 trial of this matter. (Doc. 31). Pursuant to the agreement of the parties and with the consent of the Court, this matter shall proceed as follows:

1. Plaintiff's supplemental brief on the motion for entry of judgment is due September 3, 2003.

2. Defendant's supplemental brief in opposition to the motion for entry of judgment is due September 10, 2003.

3. Plaintiff's reply brief is due September 15, 2003.

The Court shall rule on the motion on or before September 19, 2003, and fax its decision to the parties.

August 29, 2003
                                                            s/Timothy S. Hogan
                                                            Timothy S. Hogan

K:\KAREN\02-91order.wpd                                 United States Magistrate Judge