UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LUMBERMEN'S MUTUAL CASUALTY COMPANY | CASE NO.: C-1-02-091 |
| Plaintiff/Counter-defendant, | (Magistrate Timothy S. Hogan) |
| vs. | |
| THE VICTOR CORPORATION | **STIPULATION OF DISMISSAL** |
| Defendant/Counter-plaintiff | |

By stipulation of the parties, the within matter is hereby dismissed, with prejudice.

    s/Timothy S. Hogan
Timothy S. Hogan, Judge
United States District Court

/s/ Thomas J. Gruber
Thomas J. Gruber          (0018697)
Attorney for Plaintiff/Counter-Defendant
Lumbermen's Mutual Casualty Company
McCASLIN, IMBUS & McCASLIN
Suite 900 Provident Bank Building
632 Vine Street
Cincinnati, OH 45202-2442
(513) 421-4646
(513) 421-7929 (facsimile)

    and

/s/ Howard L. Lieber
Howard L. Lieber
Horvath & Lieber, P.C.
10 South LaSalle Street, Suite 1400
Chicago, IL 60603
(312) 419-6600
(312) 419-6666 (facsimile)


/s/ August T. Janszen
August T. Janszen          (0062394)
Attorney for Defendant/Counter-Plaintiff
The Victor Corporation
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120
(513) 241-8259 (facsimile)